IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY CAIRNS, | ) |
| | ) |
|       Plaintiff, | ) |
| | )   CIVIL ACTION |
| vs. | ) |
| | )   FILE No.: 20-CV-00161-M |
| EMPIRE CHARTERS, INC. and | ) |
| LANDMARK PLAZA, L.L.C., | ) |
| | ) |
|       Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ANTHONY CAIRNS ("Plaintiff") and Defendants, EMPIRE CHARTERS, INC. and LANDMARK PLAZA, L.L.C. ("Defendants"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants, EMPIRE CHARTERS, INC. and LANDMARK PLAZA, L.L.C., and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 4th day of June, 2020.

                                  Law Offices of
                                  THE SCHAPIRO LAW GROUP, P.L.

                                  /s/   Douglas S. Schapiro_____
                                  Douglas S. Schapiro
                                  Northern District of Texas ID No. 54538FL
                                  The Schapiro Law Group, P.L.
                                  7301-A W. Palmetto Park Rd., #100A
                                  Boca Raton, FL 33433
                                  Tel: (561) 807-7388
                                  Email: schapiro@schapirolawgroup.com

        Law Offices of
        LIPPE & ASSOCIATES

        Emil Lippe, Jr., Esq.
        State Bar No. 12398300
        Lippe & Associates
        12222 Merit Drive, Suite 1200
        Dallas, TX 75251
        Tel: (214) 855-1850
        Fax: (214) 720-6074
        emil@texaslaw.com


        */s/*    John DeFeo
        John DeFeo
        State Bar No. 05716900
        John DeFeo & Associates, PLLC
        5201 Camp Bowie Boulevard, Suite 100
        Fort Worth, TX  76107
        Tel: (214) 662-6283
        Defeojohn4@gmail.com


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of June, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro
        Northern District of Texas ID No. 54538FL